comprehensive course in law-office management approved by relator, with renewed emphasis on client-trust-account management, (5) pay the costs of this action, (6) make restitution in the amount of $1,018 to Ms. Plaisted, $3,026.25 to Mr. Culwell, $1,150 to the Nessleys, and $1,330 to Ms. Petrovski, all within 30 days of this order, (7) comply with his suspension order in all respects, and (8) upon reinstatement, submit to a two-year probationary period during which he must (a) provide proof every six months that he is mentally competent to practice law, (b) be monitored by relator, (c) delegate management of his client trust account to an independent professional trained to manage trust accounts, and (d) permit relator to monitor his trust account. Costs are taxed to Peden.

Judgment accordingly.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

---

Lisa Pierce Reisz; and Bruce A. Campbell, Bar Counsel, and A. Alysha Clous, Assistant Bar Counsel, for relator.

John Joseph Peden, pro se.

_____

The STATE OF OHIO, APPELLANT, v. BUELOW, APPELLEE.

[Cite as *State v. Buelow*, 134 Ohio St.3d 589, 2012-Ohio-5764.]

(No. 2012–0631—Submitted December 4, 2012—Decided December 7, 2012.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

590

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

Jennifer S. Getty, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* JONES, APPELLEE.

[Cite as *State v. Jones,* 134 Ohio St.3d 590, 2012-Ohio-5763.]

(No. 2012–0744—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

Bahjat M. Abdallah, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* FOSTER, APPELLEE.

[Cite as *State v. Foster,* 134 Ohio St.3d 590, 2012-Ohio-5765.]